**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: February 15, 2023
Docket #: 21-2574
Short Title: United States of America v. Overton (Collier)

DC Docket #: 7:17-cr-644-3
DC Court: SDNY (WHITE PLAINS)
DC Docket #: 7:17-cr-644-10
DC Court: SDNY (WHITE PLAINS)
DC Judge: Roman

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8514.